THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Supreme Court

 
 
 
 
 David C. Christmas, Respondent,
 
 
 

v.
 
 
 
 
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Florence County
 Paul M. Burch, Trial Judge
  B. Hicks Harwell, Jr., Post-Conviction Judge

Memorandum Opinion No. 2004-MO-071
 Submitted November 4, 2004  Filed December 13, 2004

VACATED

 
 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh,  Assistant Deputy Attorney General Salley Elliott, 
 Assistant Attorney General Julie M. Thames, all of Columbia, for Petitioner.
 Assistant Appellate Defender Robert M. Pachak, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Respondent was granted post-conviction relief (PCR) by 
 the PCR court.  After careful review of the Appendix and the briefs, we vacate 
 the grant of PCR.  See Al-Shabazz v. State of South Carolina, 
 338 S.C. 354, 527 S.E.2d 742 (2000); Cooper v. State of South Carolina, 
 338 S.C. 202, 525 S.E.2d 886 (2000).
VACATED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.